**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 14, 2018.**



In The

# Fourteenth Court of Appeals
_____

**NO. 14-18-00293-CV**
**NO. 14-18-00294-CV**
**NO. 14-18-00295-CV**
_____

### IN THE INTEREST OF K.L.B. a/k/a K.L.M., A CHILD

### IN THE INTEREST OF K.J.M., A CHILD

### IN THE INTEREST OF N.D.D., A CHILD

---

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 2013-00785, 2016-32301, and 2016-62702**

---

### M E M O R A N D U M     O P I N I O N

These appeals are from judgments signed March 20, 2018. On June 5, 2018, appellant Texas Department of Family and Protective Services filed motions to dismiss the appeals. *See* Tex. R. App. P. 42.1. The motions are granted and the appeals are dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Busby